Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
90 CHURCH STREET LIMITED PARTNERSHIP
and BOSTON PROPERTIES, INC.


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X    21 MC 102 (AKH)

LUIS PILLCO (AND WIFE, ANA LUCERO             Index No.: 07-CV-4508
PILLCO),

                              Plaintiff(s),          **NOTICE OF ADOPTION OF ANSWER
                                                     TO MASTER COMPLAINT**

      -against-
                                                     **ELECTRONICALLY FILED**

55 WATER STREET CONDOMINIUM, *et al.*,

                              Defendant(s).
-------------------------------------------------------X

      PLEASE  TAKE  NOTICE  that  Defendants,  90  CHURCH  STREET  LIMITED

PARTNERSHIP  and  BOSTON  PROPERTIES,  INC.,  by  their  attorneys,  McGIVNEY &

KLUGER,  P.C.,  as  and  for  their  Response  to  the  allegations  set  forth  in  the  Complaint  by

Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced

action, hereby adopt their Answer to Master Complaint dated August 2, 2007, which was filed in

the  matter  of  *In Re World Trade Center Lower Manhattan Disaster Site Litigation*,  21  MC  102

(AKH).

      WHEREFORE, the defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and

BOSTON  PROPERTIES,  INC.,  demand  judgment  dismissing  the  above-captioned  action  as

against them,

together with their costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
       September 7, 2007

                         Yours etc.,

                         McGIVNEY & KLUGER, P.C.
                         Attorneys for Defendants
                         90 CHURCH STREET LIMITED PARTNERSHIP
                         and BOSTON PROPERTIES, INC.

                         By: _____
                            Richard E. Leff (RL-2123)
                            80 Broad Street, 23rd Floor
                            New York, New York 10004
                            (212) 509-3456

TO:     WORBY GRONER & NAPOLI BERN, LLP
          Plaintiffs Liaison
          In Re Lower Manhattan Disaster Site
          Litigation
          115 Broadway, 12th Floor
          New York, New York 10006
          (212) 267-3700

          All Defense Counsel