AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK)

LORI A. SPECIALE, being duly sworn, deposes and says: I am not a party to this

action, am over 18 years of age and reside in Staten Island, New York.

That on October ℓ , 2007 a true copy of the annexed NOTICE OF ADOPTION

was served in the following manner:

By mailing the same in a sealed envelope, with postage prepaid thereon, in a post-

office or official depository of the U.S. Postal Service within the State of New York,

addressed to the last known address of the addressee(s) as indicated below:

ROBERT GROCHOW, P.C.
Attorneys for Plaintiffs
233 Broadway – 5th Floor
New York, New York 10279

LAW OFFICES OF GREGORY J. CANNATA
Attorneys for Plaintiffs
233 Broadway – 5th Floor
New York, New York 10279

WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York 10006
(212) 267-3700

PATTON BOGGS, P.C.
Defense Liaison Attorney
1 Riverfront Plaza – 6th Floor
Newark, New Jersey 07102
Attention: Amer S. Pharaon

LORI A. SPECIALE

Sworn to before me this
1 5t day of October, 2007

Rosemary A. Costa
Commissioner of Deeds
City of New York Number: 5-1562
Certificate Filed in New York County
Commission Expires Aug 01, 20 __