x:\ATS51936\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York 10006
(212) 313-3600

Attorneys for Defendants ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------X    21 MC 102 (AKH)
LUIS PILLCO AND ANA LUCERO PILLCO,

                                                          Civil Action No.: 07 CV 4508

                                                          **NOTICE OF ADOPTION**

                              Plaintiff(s),
        - against -

55 WATER STREET CONDOMINIUM, 90 CHURCH
STREET LIMITED PARTNERSHIP, ALAN KASMAN DBA
KASCO, AMBIENT GROUP, INC., ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BELFOR USA GROUP, INC., BLACKMON-MOORING-
STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT,
BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS, LP,
BROOKFIELD PROPERTIES CORPORATION,
BROOKFIELD PROPERTIES HOLDINGS INC.,
ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC., INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO RESTORATION SERVICES
CO., MERRILL LYNCH & CO, INC., NEW WATER STREET
CORP., NOMURA HOLDING AMERICA, INC., NOMURA
SECURITIES INTERNATIONAL, INC., STRUCTURE TONE
(UK), INC. AND STRUCTURE TONE GLOBAL SERVICES,
INC., TOSCORP INC., WESTON SOLUTIONS, INC., WFP

TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO.,
LP, AND WFP TOWER B. CO., L.P., ET AL,

          Defendant(s).

------------------------------------------------------------------X

COUNSELORS:

PLEASE TAKE NOTICE that defendants, ANN TAYLOR STORES CORPORATION, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

To the extent that ANN TAYLOR STORES CORPORATION's, Answer to the Master Complaint does not comprehensively address any of the specific allegations within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR STORES CORPORATION denies knowledge or information sufficient to form a belief as to the truth of such specific allegations.

WHEREFORE, ANN TAYLOR STORES CORPORATION demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
      October 15, 2007

                                      ROGER P. McTIERNAN, JR. (RPM 1680)
                                      BARRY, McTIERNAN & MOORE
                                      Attorneys for Defendants
                                      ANN TAYLOR STORES CORPORATION.
                                      2 Rector Street – 14th Floor
                                      New York, New York 10006
                                      (212) 313-3600