William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION          21 MC 102 (AKH)

_____X

LUIS PILLCO (AND WIFE, ANA LUCERO
PILLCO)

                                             **NOTICE OF THE**
                                             **BROOKFIELD**
V.                                           **PARTIES' ADOPTION OF**
                                             **AMENDED ANSWER**
                                             **TO MASTER**
                                             **COMPLAINT**

55 WATER STREET CONDOMINIUM, ET. AL.,
                                             CASE NUMBER: (AKH)
                                             07 CV 4508
_____X

PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., WFP Tower B Co. L.P. and WFP Tower B Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      October **18** 2007

                          Faust, Goetz, Schenker & Blee, LLP

                          By: William J. Smith (WJS-9137)
                          Attorneys for the Brookfield Parties
                          Two Rector Street, 20th Floor
                          New York, NY 10006
                          (212) 363-6900